918

No. 89–293.   POSTMA v. DISTRICT COURT OF IOWA, PLYMOUTH COUNTY.   Sup. Ct. Iowa.   Certiorari denied.

No. 89–294.   GORDON ET AL. v. DEPARTMENT OF WATER AND POWER OF THE CITY OF LOS ANGELES.   C. A. 9th Cir.   Certiorari denied.

No. 89–297.   ARGO v. BUTLER, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 89–299.   KEMPE ET AL., JOINT LIQUIDATORS OF MENTOR INSURANCE LTD. v. OCEAN DRILLING & EXPLORATION CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–305.   MCGUIRE, INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF MCGUIRE, A MINOR v. CITY OF WOODWARD, OKLAHOMA, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–306.   RILEY v. UNITED PARCEL SERVICE.   C. A. 3d Cir.   Certiorari denied.

No. 89–308.   FUKOKU KOGYO CO., LTD., ET AL. v. C. ITOH & CO., LTD.   C. A. 3d Cir.   Certiorari denied.

No. 89–314.   CITY OF NORMAN, OKLAHOMA, ET AL. v. O'ROURKE ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 89–316.   CITY OF MONTCLAIR, CALIFORNIA v. UNITED ARTISTS COMMUNICATIONS, INC., ET AL.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 89–319.   LAURENCE v. ANONYMOUS ET UX.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 89–320.   NATIONAL DEMOCRATIC POLICY COMMITTEE v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.